No. 278.   Touhy v. Illinois.   Certiorari denied.   *Edgar B. Tolman* for petitioner.   *George F. Barrett*, Attorney General of Illinois, and *William C. Wines*, Assistant Attorney General, for respondent.

No. 282.   Maulsby v. Conzevoy, doing business as Golden State Casket Co.   Certiorari denied.   *Fred H. Miller* for petitioner.   *A. W. Boyken* and *Chas. M. Fryer* for respondent.

No. 285.   Fogel v. United States.   Certiorari denied.   *Webster Atwell* for petitioner.   *Solicitor General Perlman*, *Robert S. Erdahl* and *Philip R. Monahan* for the United States.

No. 288.   Reiter v. Palmer (Impleaded with Illinois National Casualty Co. et al.).   Certiorari denied.   *John A. Brown* for petitioner.   *George F. Barrett*, Attorney General of Illinois, *William C. Wines*, Assistant Attorney General, and *John D. Black* for respondent.

No. 297.   Nix v. Louisiana.   Certiorari denied.   *Leonard Lloyd Lockard* for petitioner.

No. 302.   Swift & Co. v. National Labor Relations Board.   Certiorari denied.   *Wm. A. Schnader*, *Bernard G. Segal* and *Irving R. Segal* for petitioner.   *Solicitor General Perlman*, *John R. Benney*, *Robert N. Denham*, *David P. Findling* and *Ruth Weyand* for respondent.